UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLIOT PADGETT,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMUNITY EDUCATION CENTERS,<br>and RONALD PHILLIPS<br><br>        Defendants. | CIVIL ACTION<br><br>No. 11-1654 |

## ORDER

    **AND NOW**, this 27th day of February 2012, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) Ronald Phillips's Motion to Dismiss Counts I and II of Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6), filed on April 11, 2011 (Docket No. 9), is **DISMISSED** as moot;

(2) Community Education Centers' Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(b)(6), filed on April 12, 2011 (Docket No. 10), is **GRANTED** and the plaintiff's Complaint is **DISMISSED** without prejudice; and,

(3) The defendants' joint Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c) or Alternatively 12(b)(6), filed on June 21, 2011 (Docket No. 17), is **DISMISSED** as moot.

                                                                  BY THE COURT:

                                                                  /s/ Louis H. Pollak
                                                                  Pollak, J.